**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNIVERSAL ARBOR LLC, | § |
| *Plaintiff*, | § |
| v. | §  Case No. 2:22-cv-00041-JRG-RSP |
| TECHTRONIC INDUSTRIES CO. LTD., | § |
| *Defendant*. | § |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice. (Dkt. No. 6.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 12th day of April, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE